# IN THE DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| South Carolina Public Service Authority,<br><br>                       Plaintiff,<br><br>vs.<br><br>Westinghouse Electric Company, LLC, *as reorganized pursuant to Chapter 11 of the Bankruptcy Code*; Brookfield Business Partners L.P.; John Doe, Jane Doe, Richard Roe, and Mary Roe, who are fictitious names representing all unknown persons or entities who may claim an interest,<br><br>                       Defendants. | C/A No.: 2:19-cv-01432-RMG<br><br><br>**VOLUNTARY STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT WESTINGHOUSE ELECTRIC COMPANY, LLC,** *AS REORGANIZED PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE* |

Pursuant to Rule 41(a)(1)(A) Plaintiff South Carolina Public Service Authority ("Santee Cooper") hereby dismisses, without prejudice, Defendant Westinghouse Electric Company, LLC, as reorganized pursuant to Chapter 11 of the Bankruptcy Code ("WEC"), only. WEC has not served an Answer or Motion for Summary Judgment in this matter and no Defendant has appeared. This Dismissal does not affect the other defendants or remaining causes of action asserted by Santee Cooper and this action will proceed against the remaining Defendants.

(*SIGNATURE PAGE TO FOLLOW*)

Respectfully submitted,

**GALLIVAN, WHITE & BOYD, P.A.**

s/John T. Lay, Jr.
John T. Lay, Jr. (Fed. Bar No. 5539)
Gray T. Culbreath (Fed. Bar No. 5647)
Amy L.B. Hill (Fed. Bar No. 7696)
Lindsay A. Joyner (Fed. Bar No. 11557)
Jordan Crapps (Fed. Bar No. 12418)
1201 Main Street, Suite 1200
Post Office Box 7368 (29202)
Columbia, SC 29201
(803) 779-1833 (Ofc)
(803) 779-1767 (Fax)
jlay@gwblawfirm.com
gculbreath@gwblawfirm.com
ahill@gwblawfirm.com
ljoyner@gwblawfirm.com
jcrapps@gwblawfirm.com
***Attorneys for the South Carolina Public Service Authority***

**SOUTH CAROLINA PUBLIC SERVICE AUTHORITY**

J. Michael Baxley, Sr. (Fed. Bar No. 1248)
Post Office Box 2946101
Moncks Corner, SC 29461
843.761.7081 (direct)
Mike.Baxley@santeecooper.com

Columbia, South Carolina
August 2, 2019