IN THE DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| South Carolina Public Service Authority,<br><br>      Plaintiff,<br><br>vs.<br><br>Westinghouse Electric Company, LLC, *as reorganized pursuant to Chapter 11 of the Bankruptcy Code*; Brookfield Business Partners L.P.; John Doe, Jane Doe, Richard Roe, and Mary Roe, who are fictitious names representing all unknown persons or entities who may claim an interest,<br><br>      Defendants. | C/A No.: 2:19-cv-1432-RMG<br><br>**ORDER OF PUBLICATION** |

**UPON READING THE MOTION AND ANNEXED** affidavit of John T. Lay, Jr., counsel for the Plaintiff in the above entitled action, and it appearing therefrom to my satisfaction that the Plaintiff and/or the attorney for the Plaintiff, as aforesaid, are without information as to the current address of the unknown Defendants joined in this case, including, but not limited to those Defendants, John Doe, Jane Doe, Richard Roe, and Mary Roe, unknown persons or entities who may claim an interest; and

**IT FURTHER APPEARING** to the Court's satisfaction that the Defendants joined herein as John Doe, Jane Doe, Richard Roe, and Mary Roe, unknown persons or entities who may claim an interest, and any and all other persons or legal entities, known and unknown, having, owning and claiming any right, title, claim, or interest in the Equipment described in the Complaint herein, or any part thereof, cannot be found within the State of South Carolina, and that their names and residences are unknown to the Plaintiff and/or their counsel, and cannot with reasonable diligence be ascertained by the Plaintiff and/or their counsel; and

1

**THAT A CAUSE OF ACTION** exists against the Defendants above named; that this Court has jurisdiction of the subject and the subject matter of this action; and that the subject matter of this action is the Equipment situated in the State of South Carolina; that the relief being demanded consists partly in excluding those Defendants joined herein under the fictitious name of John Doe, Jane Doe, Richard Roe, and Mary Roe, unknown persons or entities who may claim an interest, of any interest therein; and that each of the Defendants herein mentioned is a proper and necessary party to this action; and

**IT ALSO APPEARS** that the Summons and Complaint were heretofore filed in the U.S. District Court for the District of South Carolina, Charleston Division. Now, therefore,

**IT IS IT ORDERED** that the service of a filed copy of the Summons upon the Defendants be obtained by the publication thereof in ***THE STATE NEWSPAPER*** and ***THE POST & COURIER***, newspapers of general circulation that are circulated in the State of South Carolina, at least once per week for three (3) consecutive weeks. These newspapers are hereby designated as being one most likely to give notice of this action to each of the Defendants joined in this cause.

**IT HAVING BEEN** made to appear that the names, place of residence and address of the Defendants joined herein under the fictitious name of John Doe, Jane Doe, Richard Roe, and Mary Roe, unknown persons or entities who may claim an interest, are not known to the Plaintiff and neither can they, their residence or their address, with the use of reasonable diligence, be ascertained by the Plaintiff or their counsel. As to them, no deposit of the Summons and the Complaint should be deposited in the United States Mail for mailing thereof to them, Certified-Return Receipt Requested-Restricted Delivery, or otherwise, unless the Plaintiff hereafter acquires their names, address and their place of residence.

**LASTLY, IT IS ORDERED** that the Plaintiff, upon the receipt of information containing the name, address, and place of residence of any of the Defendants joined in this cause, shall cause a filed copy of the Summons and Complaint to be served upon them by mailing the said pleadings to them, Certified-Return Receipt Requested-Restricted Delivery, in an envelope bearing their names and addresses, as shall hereafter be disclosed to or otherwise acquired by the Plaintiff, or its undersigned attorney. Accordingly, Plaintiff's motion for service by publication (Dkt. No. 5) is **GRANTED**.

**AND IT IS SO ORDERED.**

_____
Richard Mark Gergel
United States District Court Judge

August 6, 2019
Charleston, South Carolina

3