IN THE DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| South Carolina Public Service Authority,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>Westinghouse Electric Company, LLC, *as reorganized pursuant to Chapter 11 of the Bankruptcy Code*; Brookfield Business Partners L.P.; John Doe, Jane Doe, Richard Roe, and Mary Roe, who are fictitious names representing all unknown persons or entities who may claim an interest,<br><br>　　　　　　　　Defendants. | C/A No.: 2:19-cv-1432-RMG<br><br><br><br>**SUPPLEMENTAL STATUS REPORT** |

　　　　On August 16, 2019, this Court filed a Text Order (ECF No. 11) directing the parties to "file a status report as to service, as referenced in the August 12, 2019 report, on or before September 4, 2019." Plaintiff South Carolina Public Service Authority ("Santee Cooper"), by and through the undersigned attorneys, hereby provides this status report as to the service of process on the Defendants in the above-captioned matter.  Since the August 12, 2019 status report[1] (ECF No. 10), Santee Cooper has perfected service by publication of John Doe, Jane Doe, Richard Roe, and Mary Roe, who are fictitious names representing all unknown persons or entities who may claim an interest (collectively "Doe Defendants"), in accordance with the Court's Order on service by publication. (ECF No. 8).

　　　　Specifically, the Order on service by publication provided that the Summons be published "in The State Newspaper and The Post & Courier, newspapers of general circulation

---

[1] Prior to the last status, Santee Cooper served Defendant Brookfield Business Partners L.P. ("Brookfield") and served and dismissed without prejudice Defendant Westinghouse Electric Company, LLC, *as reorganized pursuant to Chapter 11 of the Bankruptcy Code* (WEC) (ECF No. 6).

1

that are circulated in the State of South Carolina, at least once per week for three (3) consecutive weeks." (ECF No. 8, p. 2). The Post & Courier published the Summons on **August 10, 17, and 24, 2019**, and the Affidavit of Publication for The Post & Courier was filed with this Court on August 29, 2019. (ECF No. 12-1). The State Newspaper published the Summons on **August 13, 20, and 27, 2019**, and the Affidavit of Publication for the State Newspaper was filed with this Court on September 4, 2019. (ECF No. 13-1). Accordingly, since the last day of publication was August 27, 2019, the Doe Defendants have, at the absolute latest, until **Tuesday, September 17, 2019** to file an Answer with this Court. Fed. R. Civ. P. 12 (providing that a "defendant must serve an answer: (i) within 21 days after being served with the summons and complaint").

Respectfully submitted,

**GALLIVAN, WHITE & BOYD, P.A.**

s/ *John T. Lay, Jr.*
John T. Lay, Jr. (Fed. Bar No. 5539)
Gray T. Culbreath (Fed. Bar No. 5647)
Amy L.B. Hill (Fed. Bar No. 7696)
Lindsay A. Joyner (Fed. Bar No. 11557)
Jordan Crapps (Fed. Bar No. 12418)
1201 Main Street, Suite 1200
Post Office Box 7368 (29202)
Columbia, SC 29201
(803) 779-1833 (Ofc)
(803) 779-1767 (Fax)
jlay@gwblawfirm.com
gculbreath@gwblawfirm.com
ahill@gwblawfirm.com
ljoyner@gwblawfirm.com
jcrapps@gwblawfirm.com
***Attorneys for the South Carolina Public Service Authority***

**SOUTH CAROLINA PUBLIC SERVICE AUTHORITY**

J. Michael Baxley, Sr. (Fed. Bar No. 1248)

...

Post Office Box 2946101
Moncks Corner, SC 29461
843.761.7081 (direct)
Mike.Baxley@santeecooper.com

Columbia, South Carolina
September 4, 2019

2:19-cv-01432-RMG     Date Filed 09/04/19    Entry Number 14     Page 3 of 3